# Court of Appeals
# of the State of Georgia

ATLANTA,___December 04, 2014___

*The Court of Appeals hereby passes the following order:*

## A15D0131.  WILLIAM T. MURRAY v. STATE.

William Murray seeks to appeal the trial court's order denying his motion for an out of time appeal.  An order denying a motion for an out of time appeal, however, is a directly appealable order.  See, e.g., *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999).

When a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  Murray shall have 10 days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a notice of appeal from the order at issue, he need not file a second notice.  The trial court is instructed to include a copy of this order in the appellate record.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____12/04/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*